IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**OSMAN GIOVANNI ACOSTA MALDONADO,**

    Petitioner,

v.                                    Case No.:   2:23cv486

**CHADWICK DOTSON,**

    Respondent.

## FINAL ORDER

Before the Court is a Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. ECF No. 1. In his Petition, the *pro se* Petitioner alleges violations of his constitutional rights relating to his convictions in Prince William Circuit Court for indecent liberties with a child, aggravated sexual battery, and rape. *Id.* As a result of these convictions, Petitioner was sentenced to serve life imprisonment. *Id.*

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation entered on January 29, 2025, ECF No. 13, the Magistrate Judge recommended that the relief sought by Respondent's Motion to Dismiss be GRANTED, and the Petition be DENIED AND DISMISSED WITH PREJUDICE,

with the Motion for Leave to Amend being rendered MOOT. The parties were advised of their right to file written objections to the Report and Recommendation. Neither the Petitioner nor the Respondent filed objections with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the Report and Recommendation (ECF No. 13) in its entirety as the Court's own opinion. Accordingly, Respondent's Motion to Dismiss (ECF No. 8) is **GRANTED,** and the Petition (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.** The Motion for Leave to Amend (ECF No. 12) is **MOOT.** It is further **ORDERED** that judgment be entered in favor of the Respondent.

The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered. Because the Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the Court declines to issue a certificate of

appealability. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

The Clerk is **DIRECTED** to forward a copy of this Order to the Petitioner and counsel of record for the Respondent.

It is so **ORDERED**.

/s/ -RBS-
Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge

Norfolk, Virginia
Date: March 6, 2025